ALK:AMR/SP
F. #2022R00722

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

FATJON SHYTANI,
    also known as "Fati,"

████████████████████████████

EMILJAN ZADRIMA,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
*AUGUST 1, 2025*
BROOKLYN OFFICE

FILED
CLERK

08/14/2025

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 25-CR-133 (S-1) (SJB)
(T. 8, U.S.C., §§ 1324(a)(1)(A)(v)(I),
1324(a)(1)(B)(i), 1324(a)(2)(B)(ii) and
1324(b); T. 18, U.S.C., §§ 982(a)(6), 2
and 3551 et seq.; T. 21, U.S.C., § 853(p);
T. 28, U.S.C., § 2461(c))

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Alien Smuggling and Transportation Conspiracy)

    1.    In or about and between March 2024 and April 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants FATJON SHYTANI, also known as "Fati," ██████████████████ ████████ and EMILJAN ZADRIMA, together with others, did knowingly and intentionally conspire (a) knowing that one or more persons were aliens, to bring to the United States such person or persons at a place other than a designated port of entry, contrary to Title 8, United States Code, Section 1324(a)(1)(A)(i); and (b) knowing and in reckless disregard of the fact that one or more aliens had come to and entered the United States in violation of law, to transport and move such alien or aliens within the United States by means of transportation and otherwise, in

2

furtherance of such violation of law, contrary to Title 18, United States Code, Section 1324(a)(1)(A)(ii), for the purpose of private financial gain.

(Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Illegally Bringing an Alien to the United States for Financial Gain)

2.      In or about and between March 2024 and April 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants FATJON SHYTANI, also known as "Fati," ███████████████ ███████ and EMILJAN ZADRIMA, together with others, did knowingly and intentionally bring and attempt to bring, in any manner whatsoever, one or more aliens, to wit: John Doe #1 and John Doe #2, individuals whose identities are known to the Grand Jury, to the United States for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which may later be taken with respect to such aliens.

(Title 8, United States Code, Section 1324(a)(2)(B)(ii), Title 18, United States Code, Sections 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3.      The United States hereby gives notice to each defendant that, upon his conviction of either of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(6), Title 8, United States Code, Section 1324(b) and Title 28, United States Code, Section 2461(c), which require the forfeiture of (a) any conveyance, including any vessel, vehicle or aircraft used in the commission of such

3

offense; (b) any property, real or personal, that is used to facilitate, or is intended to be used to facilitate, the commission of such offense, and (c) the gross proceeds of such offense.

4.      If any of the above-described property, as a result of any act or omission of the defendants:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property that cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 8, United States Code, Section 1324(b); Title 18, United States Code, Section 982(a)(6); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

▉▉▉▉▉▉▉▉▉▉▉▉▉▉
FOREPERSON

By: *Whitman G.S. Knapp, AUSA*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK